SANTOS, DEMANDANTE Y APELANTE, *v.* CLASS ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Arecibo en un procedimiento de *injunction* para retener la posesión.

No. 2088.—Resuelto en mayo 6, 1920.

PRUEBA CONTRADICTORIA—PASIÓN Y PREJUICIO—PREPONDERANCIA DE PRUEBA.— Cuando la prueba es contradictoria la Corte Suprema no irá contra la apreciación que de la misma haya hecho el juez sentenciador a menos que se demuestre pasión, prejuicio, parcialidad o manifiesto error por parte del juez sentenciador; y menos cuando como en este caso la preponderancia de la misma está claramente en favor de los apelados.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José E. Díaz.*

Abogado de los apelados: *Sr. S. B. Palmer.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Se trata de un *injunction* para recobrar la posesión de

una parcela de dos cuerdas de terreno conteniendo una cueva de abono natural, murcielagina.

Como en la sentencia que declaró sin lugar la demanda se dice que la prueba del demandante no justificó la posesión e identidad de la finca reclamada, alega ahora el apelante que el juez cometió error en la apreciación de la prueba porque ésta es suficiente para justificar su reclamación, toda vez que el demandado admitió la posesión material e identificación de la finca y porque todos y cada uno de los hechos de la demanda fueron justificados por declaraciones de testigos y de perito, por lo que estima que también cometió error de derecho al declarar sin lugar su demanda.

No expone el apelante en su alegato los particulares de las alegaciones o de las pruebas que justifiquen su afirmación como debió hacerlo, pero a pesar de ésto hemos examinado toda la transcripción y no encontramos que la contestación a la demanda admitiera la posesión material de ese terreno y cueva por el demandante ni su identificación, ni que de la prueba resulte tal cosa.  Esta fué contradictoria en cuanto a la posesión e identidad así como con respecto a los actos de despojo que el demandante atribuye a los demandados, por todo lo que no vemos razón alguna para declarar que el juez sentenciador cometiera los errores que le atribuye el apelante, con mayor razón en este caso cuanto que la preponderancia de la evidencia está claramente en favor de los apelados.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.